End Mot Time/10

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Oct 9  10 36 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES OF AMERICA,          :

          Plaintiff,          :          CIVIL NO. 3:03CV240(PCD)

    v.                              :

A. EDELMAN                          :

          Defendant.          :          October 9, 2003

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Pursuant to Local Rule 7(b), the parties hereby respectfully move for an extension of time, **up to and including November 8, 2003**, in which to complete a Rule 26(f) report and **up to and including May 8, 2004**, in which to complete discovery. In support of this motion, the parties represent as follows:

1.    This is an action brought by the United States of America to reduce federal tax liabilities assessed against A. Sheldon Edelman to judgment.

2.    The Court's standard pretrial order had a discovery cutoff date of August 7, 2003.

3.    However, the defendant only recently appeared and filed and answer and affirmative defenses on October 2, 2003.

4.    The United States of America never moved to default the plaintiff based on representations made by the defendant's counsel that she would answer the complaint.