UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV240(PCD) |
| v. | : | |
| A. EDELMAN | : | |
| | : | |
| Defendant. | : | December 22, 2003 |

**STATUS REPORT TO THE COURT**

The plaintiff respectfully reports to the Court as follows:

1. This is an action brought by the United States of America to reduce federal tax liabilities assessed against A. Sheldon Edelman to judgment.

2. The Court's standard pretrial order had a discovery cutoff date of August 7, 2003. Discovery was thereafter extended until December 12, 2003.

3. Section A of the Court's Trial Preparation Order is due by December 30, 2003.

4. However, the defendant has agreed to entry of judgment in this matter.

5. The plaintiff is formulating the amount of the entry of judgment and will file the same with the Court by January 14, 2004.

                      Respectfully submitted,

                      DEFENDANT,
                      UNITED STATES OF AMERICA

                      KEVIN J. O'CONNOR
                      UNITED STATES ATTORNEY


                      DOUGLAS P. MORABITO
                      ASSISTANT U.S. ATTORNEY
                      157 Church Street
                      New Haven, Connecticut  06508
                      (203) 821-3700
                      Fed. Bar No. ct20962


**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this 22nd day of December 2003, to:

Jeanmarie A. Riccio-Ryan
265 Congress Street
Bridgeport, CT 06604

                      DOUGLAS P. MORABITO

- 2 -