UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 13  10 22 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A. SHELDON EDELMAN, )<br>)<br>Defendant. )<br>) | Case No. 3:03CV00240(PCD) |

### STIPULATION FOR JUDGMENT

The plaintiff, by its undersigned counsel, and the defendant, by his undersigned counsel, hereby stipulate to the entry of judgment in favor of the United States of America and against A. Sheldon Edelman in the amount of $1,224,157.74, plus interest pursuant to 26 U.S.C. Sec. 6621 from October 31, 2003, for the defendant's unpaid federal income tax liabilities for his 1990, 1991, 1992, 1993, 1994, 1996, 1998, 1999, 2000 and 2001 tax years.

| | |
|---|---|
| GLENN J. MELCHER (ct16125)<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, DC 20044<br>Telephone: (202) 307-6573<br>Facsimile: (202) 514-5238<br>Glenn.J.Melcher@usdoj.com | JEANMARIE A. RICCIO (ct08163)<br>1057 Broad Street, 3d Floor<br>Post Office Box 3222<br>Bridgeport, Connecticut 06604<br>Telephone: (203) 366-5838<br>Facsimile: (203) 331-0234 |
| ATTORNEY FOR THE<br>UNITED STATES OF AMERICA | ATTORNEY FOR THE DEFENDANT |

**IT IS SO ORDERED** this _____ day of _____, 200__.

_____
PETER C. DORSEY
UNITED STATES DISTRICT JUDGE