UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 13 11 22 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:03CV00240(PCD) |
| A. SHELDON EDELMAN, | ) |
| Defendant. | ) |

**STIPULATION FOR JUDGMENT**

The plaintiff, by its undersigned counsel, and the defendant, by his undersigned counsel, hereby stipulate to the entry of judgment in favor of the United States of America and against A. Sheldon Edelman in the amount of $1,224,157.74, plus interest pursuant to 26 U.S.C. Sec. 6621 from October 31, 2003, for the defendant's unpaid federal income tax liabilities for his 1990, 1991, 1992, 1993, 1994, 1996, 1998, 1999, 2000 and 2001 tax years.

GLENN J. MELCHER (ct16125)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, DC 20044
Telephone: (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.com

ATTORNEY FOR THE
UNITED STATES OF AMERICA

JEANMARIE A. RICCIO (ct08163)
1057 Broad Street, 3d Floor
Post Office Box 3222
Bridgeport, Connecticut 06604
Telephone: (203) 366-5838
Facsimile: (203) 331-0234

ATTORNEY FOR THE DEFENDANT

**IT IS SO ORDERED** this 16th day of January, 2004.

PETER C. DORSEY
UNITED STATES DISTRICT JUDGE