UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

   V.                                                        CIVIL NO.  3:03 cv 240 (PCD)

A. SHELDON EDELMAN

## J U D G M E N T

On January 13, 2004, the parties filed a stipulation for judgment in favor of the plaintiff against the defendant.   On January 16, 2004, the Honorable Peter C. Dorsey, Senior United States District Judge approved the stipulation for judgment.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff against the defendant in the amount of $1,224,157.74, plus interest pursuant to Title 26, U.S.C. Section 6621 from October 31, 2003 and in accordance with the terms and conditions of the stipulation for judgment.

Dated at New Haven, Connecticut this 22nd day of January, 2004.

                                  KEVIN F.  ROWE, CLERK
                                  By

                                  /s/

                                  Patricia A. Villano
                                  Deputy Clerk

EOD: _____